IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| OSIEL SALAZAR BALDERAS | § § § § | CIVIL ACTION NO. 4:24-CV-03422 |
| | | JURY DEMANDED |
| VS. | § § § § § | |
| STOP N DRIVE, LLC D/B/A TRIANGLE MARKET | § § | |

## **DEFENDANT'S ORIGINAL ANSSWER**

TO THE HONORABLE JUDGE AND JURY OF SAID COURT:

COMES NOW DEFENDANT, Stop N Drive LLC d/b/a Triangle Market, who in answer to Plaintiff's Original Complaint would show the following:

1. Defendant denies that it ever employed Osiel Salazar Balderas.

2. Denied.

3. Denied.

4. Admitted.

5, Admitted.

6. Admitted.

7. Admitted.

8. Admitted.

9. Denied.

10. Denied.

11. Denied.

12. Denied.

13. Denied.

14. Denied.

15. Denied.

16. Admitted.

17. Admitted.

18. By way of affirmative defense, Defendant would show that it sold the store On Sept. 30, 2022 to ZNK Ventures LLC.

## PRAYER FOR RELIEF

WHEREFORE Defendant requests that it be dismissed with all costs taxed against Plaintiff.

Respectfully submitted,

/s/Lennon C. Wright
Lennon C. Wright
lennon@lennoncwright.com
SBN: 22048600 FBN: 3098
924 E. 25th Street
Houston, Texas 77009
713/654-7878 Telephone
713/869-3223 Facsimile

ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that I served a true and correct copy of this Original Answer on all counsel of record on October 15, 2024. pursuant to the F.R.C. P.

/s/Lennon C. Wright
Lennon C. Wright